In the Matter of MARY S. BURDAK et al., Appellants.
JAMES F. EGAN, as Public Administrator of the County of New York et al., Respondents.

Reported below, 262 App. Div. 1000.
Submitted November 23, 1942; decided December 10, 1942.

*Joseph H. Stein* for motion.

*Myer Meltsner* and *Theodore E. Wolcott* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion unless appellants, within ten days, serve and file case on appeal and pay ten dollars costs, in which event the motion is denied.